UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>USA</u>

        v.                                                         Criminal No. 02-cr-98-01-JD

<u>Daniel Desrochers</u>


## RECUSAL ORDER

I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

SO ORDERED.


March 5, 2008                                              ***Joseph A. DiClerico, Jr.***
                                                                           Joseph A. DiClerico, Jr.
                                                                           United States District Judge


cc:     Robert M. Kinsella, AUSA
           Richard W. Murphy, Esq.
           Jonathan R. Saxe, AFD