UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                              Criminal No. 02-cr-98-01-SM

<u>Daniel Desrochers</u>

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

March 27, 2009

cc:  Robert M. Kinsella, Esq.
     Jonathan R. Saxe, Esq.
     Richard W. Murphy, Esq.
     Jason M. Craven, Esq.
     Richard W. Murphy, Esq.