UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                      Criminal No. 02-cr-98-01-JL

<u>Daniel Desrochers</u>

**O R D E R**

Because I was serving as an Assistant U.S. Attorney while this case was originally being prosecuted by the U.S. Attorneys Office, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter to another judge.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:  April 7, 2009

cc:  Jonathan R. Saxe, Esq.
     Robert W. Kinsella, AUSA
     Richard W. Murphy, AUSA